UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 12-24278-CIV-LENARD/O'SULLIVAN

CARLOS BARAHONA and
WALTER GUEVARA,

       Plaintiffs,

vs.

SERVISAIR LLC,
MAURICE NELSON,
NOCEN CABRERA,
GILSTEN GUIFARRO and
JUAN BARREIRO individually,

       Defendants.

_____/

**JOINT MOTION FOR LEAVE FOR COUNSEL AND
SERVISAIR'S REPRESENTATIVES TO BRING LAPTOP
COMPUTERS TO THE SETTLEMENT CONFERENCE
SCHEDULED FOR MARCH 21 AT 9:30A.M.**

Plaintiffs, Carlos Barahona and Walter Guevara, along with all opt-in Plaintiffs (collectively referred to as "Plaintiffs") and Defendant, Servisair LLC ("Servisair"), by and through their undersigned counsel, jointly move this Court for an order allowing the Parties' counsel as well as Servisair's representatives, Matt Ellingson, John Guest, Juan Barreiro, and Maurice Nelson, to bring their laptop computers into the Courthouse for the Settlement Conference scheduled for March 21, 2013 at 9:30am, and in support thereof state as follows:

      1.    On December 4, 2012, the above-named Plaintiffs filed the instant Collective Action Complaint seeking unpaid overtime compensation and wages pursuant to the Fair Labor Standards Act.

CASE NO: 12-24278-CIV-LENARD/O'SULLIVAN

       2.      This Court has issued an Amended Order Scheduling Settlement Conference for Thursday, March 21, 2013 at 9:30am before the Honorable Magistrate Judge O'Sullivan.  [D.E. 45].  The Order requires the Parties to seek an order from the U.S. Marshall in order to bring laptops into the courtroom.

       3.      Due to the size of the case and the number of parties involved, Servisair's representatives have prepared extensive analyses contained in Excel spreadsheets that will be necessary during the settlement discussions.  As such, Servisair's representatives would like to bring their laptop computers into the courtroom to aid the settlement discussions.

       4.      Counsel for the Parties also have extensive electronic records and spreadsheets that they will be using at the Settlement Conference and seek leave of Court to bring their laptop computers as well.

       5.      The undersigned certify that this Motion is not made to delay these proceedings and that it is in the interest of justice to grant the requested relief.

       WHEREFORE, Plaintiffs and Defendant, Servisair LLC, request that the Court issue an Order granting leave for Counsel for the Parties as well as Servisair's representatives, Matt Ellingson, John Guest, Juan Barreiro, and Maurice Nelson, to bring their laptops into the courtroom for the Settlement Conference scheduled for March 21, 2013.

CASE NO: 12-24278-CIV-LENARD/O'SULLIVAN

Dated:  March 20th, 2013
Miami, Florida

Respectfully Submitted,

| | |
|---|---|
| Andrew I. Glenn | Tasos C. Paindiris, Esq. |
| Florida Bar No.:  577261 | Florida Bar No.:  41806 |
| E-mail: AGlenn@JaffeGlenn.com | E-mail:  PaindirisT@JacksonLewis.com |
| Jodi J. Jaffe | Anisley Tarragona, Esq. |
| Florida Bar No.:  865516 | Florida Bar No.:  51626 |
| E-mail: JJaffe@JaffeGlenn.com | E-mail: Anisley.Tarragona@JacksonLewis.com |
| Jaffe Glenn Law Group, P.A. | Jackson Lewis LLP |
| 12000 Biscayne Blvd., Suite 707 | One Biscayne Tower, Suite 3500 |
| Miami, FL 33181 | 2 South Biscayne Blvd. |
| Telephone: (305) 726-0060 | Miami, Florida 33131 |
| Facsimile:  (305) 726-0046 | Telephone: (305) 577-7600 |
| Attorneys for Plaintiffs | Facsimile:  (305) 373-4466 |
| | Attorneys for Servisair LLC |

By:  /s/Andrew I. Glenn                    By: /s/Anisley Tarragona


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document is being served this day via transmission of Notices of Electronic Filing generated by CM/ECF on March 20th, 2013 on all counsel of record on the service list below.

/s/ Anisley Tarragona, Esq.
Anisley Tarragona, Esq.

3

CASE NO: 12-24278-CIV-LENARD/O'SULLIVAN

**<u>SERVICE LIST</u>**

| | |
|---|---|
| Andrew I. Glenn, Esq.<br>Florida Bar No.: 577261<br>Email: AGlenn@JaffeGlenn.com<br>Jodi J. Jaffe, Esq.<br>Florida Bar No: 865516<br>Email: jjaffe@JaffeGlenn.com<br>Jaffe Glenn Law Group, P.A.<br>12000 Biscayne Blvd., Suite 305<br>Miami, Florida 33181<br>Telephone: (305) 726-0060<br>Facsimile: (305) 726-0046<br>ATTORNEYS FOR PLAINTIFFS | Tasos C. Paindiris, Esq.<br>Florida Bar No.: 41806<br>E-mail: PaindirisT@JacksonLewis.com<br>Anisley Tarragona, Esq.<br>Florida Bar No.: 51626<br>E-mail: Tarragoa@JacksonLewis.com<br>Jackson Lewis LLP<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 3500<br>Miami, FL 33131<br>Telephone: (305) 577-7600<br>Facsimile: (305) 373-4466<br>ATTORNEYS FOR SERVISAIR LLC |

4836-8997-6595, v. 1